# United States District Court
## Southern District of Georgia

PAMELA BONNITA LEWIS,

    Plaintiff,

v.

ANDREW SAUL, Commissioner of Social Security Administration,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV118-096

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order of August 5, 2019, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court, and the Commissioner's final decision is AFFIRMED. Judgment is entered in favor of Defendant, ANDREW SAUL, Commissioner of Social Security Administration, and this civil action stands CLOSED.



08/05/2019
*Date*

Scott L. Poff
*Clerk*

Tara H. Burton
*(By) Deputy Clerk*